[No. 42756-3-I.  Division One.  July 12, 1999.]

JOYCE M. JACOBSON, *Respondent*, v. N.W. TIRE & SERVICE Co., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-18951-1, LeRoy McCullough, J., entered May 14, 1998. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 42855-1-I.  Division One.  July 12, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. TERRY LAMONT JACKSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05897-6, Jay V. White, J., entered June 8, 1998. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 42894-2-I.  Division One.  July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HIMMAT ATHWAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09088-8, Michael J. Fox, J., entered June 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42918-3-I.  Division One.  July 12, 1999.]

MICHAEL THERON HANDY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-04555-5, Philip G. Hubbard, Jr., J., entered May 29, 1998. *Affirmed* by unpublished per curiam opinion.